Robert S. ORTLOFF, Appellant,

v.

Janet RENO, U.S. Attorney General, sued in her individual capacity, et al., Appellees.

No. 03–5053.

United States Court of Appeals, District of Columbia Circuit.

Sept. 2, 2003.

Robert S. Ortloff, Phoenix, AZ, pro se.

Before SENTELLE, HENDERSON, and ROBERTS, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. The court has determined that the issues presented occasion no need for an opinion. *See* Fed. R.App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's orders filed October 4, 2002, and November 19, 2002 be affirmed. The district court properly dismissed the complaint as barred by *Heck v. Humphrey*, 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing *en banc*. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.